# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

__________ Division

Ms. Jane Doe PRO SE
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See ComPlaint Attach
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:24-cv-147
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
JUL 2 2024
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MS. Jane Doe |
| Address | Krome North Processing Center |
| | Miami (City) FL (State) 33194 (Zip Code) |
| County | Broward county |
| Telephone Number | |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | L. J. oddo |
| Job or Title *(if known)* | Facility Administrator at Mshannon Valley |
| Address | MShannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) PA. (State) 16866 (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | V. Cahilli |
| Job or Title *(if known)* | |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) P.A. (State) 16866 (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | R. Bollinger |
| Job or Title *(if known)* | Chief of Security at the time |
| Address | MShannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) P.A. (State) 16866 (Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity [✓] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | D. Jones |
| Job or Title *(if known)* | Classification Manager at the time |
| Address | MShannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) P.A. (State) 16866 (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

| | |
|---|---|
| Name | R. Brainiff |
| Job or Title *(if known)* | investigator at the time |
| Address | MShannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A., 16866 (City, State, Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 6

| | |
|---|---|
| Name | J. Lumadue |
| Job or Title *(if known)* | PREA Coordinator at the time |
| Address | MShannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A., 16866 (City, State, Zip Code) |
| County | philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 7

Name: Tiffany Wislor

Job or Title *(if known)*: Case Worker at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

Defendant No. 8

Name: United States of America

Job or Title *(if known)*:

Address: ~~Moshannon Valley Processing Center 555 Geo Drive~~

~~Philipsburg~~ (City) ~~PA.~~ (State) ~~16866~~ (Zip Code)

~~County~~ Address → United states Attorney For the Western District of Pennsylvania

~~Telephone Number~~ 700 Grant St, # 6300

~~E-Mail Address (if known)~~ Pittsburgh, PA 15219

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 9

Name: Joe Gigliotti

Job or Title *(if known)*: SDDO / ICE Supervisor at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg, P.A. 16866

City, State, Zip Code

~~County~~ Second Address → united States Attorney For the Western District of Pennsylvania

~~Telephone Number~~ 700 Grant St. # 6300

~~E-Mail Address *(if known)*~~ Pittsburgh, PA 15219

[✓] Individual capacity [✓] Official capacity

Defendant No. 10

Name: Philip Regelman

Job or Title *(if known)*: SDDO / ICE Compliance officer at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg, P.A. 16866

City, State, Zip Code

~~County~~ Second Adress → united States Attorney For the western District of Pennsylvania

~~Telephone Number~~ 700 Grant St. # 6300

~~E-Mail Address *(if known)*~~ Pittsburgh, PA 15219

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 11

| | |
|---|---|
| Name | Cpt. George |
| Job or Title *(if known)* | A Captain at the time |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A. 16866 (City, State, Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity [✓] Official capacity

Defendant No. 12

| | |
|---|---|
| Name | LT. Kopchik |
| Job or Title *(if known)* | A LT. at the time, now may be a captain |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A. 16866 (City, State, Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. #13

Name: Ternoway

Job or Title *(if known)*: Resident Advisor at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

Defendant No. #14

Name: Joseph Tuorinksy

Job or Title *(if known)*: Resident Advisor at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. # 15

Name: Lytle

Job or Title *(if known)*: Captain at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg, P.A. 16866

City / State / Zip Code

County:

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

Defendant No. # 16

Name: Seth Johnson

Job or Title *(if known)*: Resident Advisor

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg, P.A. 16866

City / State / Zip Code

County:

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. # 17

Name: Ross

Job or Title *(if known)*: Resident Advisor at the time

Address: MShannon Valley Processing Center 555 Geo Drive

PhiliPsburg, P.A. 16866 (City, State, Zip Code)

County:

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

Defendant No. # 18

Name: Nicholas Krupa

Job or Title *(if known)*: Resident Advisor at the time

Address: MShannon Valley Processing Center 555 Geo Drive

PhiliPsburg, P.A. 16866 (City, State, Zip Code)

County: PhiliPsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see ComPlaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. # 19

| | |
|---|---|
| Name | Kirsten Andrasko |
| Job or Title *(if known)* | Nursing Supervisor at the time |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) P.A. (State) 16866 (Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. # 20

| | |
|---|---|
| Name | Beth Shaw |
| Job or Title *(if known)* | N.P. at the time |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg (City) P.A. (State) 16866 (Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 21

Name: Amanda Showers
Job or Title *(if known)*: Nurse at the time
Address: Mshannon Valley Processing Center 555 Geo Drive
Philipsburg (City) P.A. (State) 16866 (Zip Code)
County:
Telephone Number:
E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

Defendant No. 22

Name: Christina Brown
Job or Title *(if known)*: N.P. at the time
Address: Mshannon Valley Processing Center 555 Geo Drive
Philipsburg (City) P.A. (State) 16866 (Zip Code)
County: Philipsburg
Telephone Number:
E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 23

Name: Chelsea Westen

Job or Title *(if known)*: Nurse at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

Defendant No. 24

Name: Carly Gonder

Job or Title *(if known)*: N.P. at the time

Address: Mshannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 25

| | |
|---|---|
| Name | Cameron Lytle |
| Job or Title *(if known)* | Nurse at the time |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A. 16866 (City, State, Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 26

| | |
|---|---|
| Name | Carrie Guhier |
| Job or Title *(if known)* | Health Services Administrator at the time |
| Address | Mshannon Valley Processing Center 555 Geo Drive |
| | Philipsburg, P.A. 16866 (City, State, Zip Code) |
| County | Philipsburg |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. #27

Name: Moorehead

Job or Title *(if known)*: A Psyche N.P. or Docter at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County:

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

Defendant No. # 28

Name: Diverly

Job or Title *(if known)*: Psyche Doctor at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

☑ (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 29

Name: Briana Danielso

Job or Title *(if known)*: Nurse at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

Defendant No. 30

Name: Dr. Revak

Job or Title *(if known)*: Medical Director at the time

Address: MShannon Valley Processing Center 555 Geo Drive

Philipsburg (City) P.A. (State) 16866 (Zip Code)

County: Philipsburg

Telephone Number:

E-Mail Address *(if known)*:

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

[✓] (Federal Tort Claim Act)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Complaint Attach

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Please see ComPlaint Attach

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see ComPlaint

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Moshannon Valley Processing Center

B. What date and approximate time did the events giving rise to your claim(s) occur?

Please see ComPlaint Attach

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see ComPlaint Attach

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see Complaint Attach

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please see Complaint Attach

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/17/24

Signature of Plaintiff: JD Pro se

Printed Name of Plaintiff: MS. Jean Doe

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

____________ *City* ____________ *State* ____________ *Zip Code*

Telephone Number ____________

E-mail Address ____________